

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2019

No. 04-18-00525-CR

Braulio **TIRADO-MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6201
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's brief in these companion cases was originally due to be filed on January 11, 2019. After neither the brief nor a motion for extension of time to file the brief was filed, we notified appellant's counsel via letter that the brief was late and requested a response by no later than January 28, 2019. Because appellant did not respond to our letter or file a brief or motion for extension of time to file the brief, we ordered appellant's counsel to file a response stating a reasonable explanation for failing to timely file the brief and demonstrating the steps being taken to remedy the deficiency.

In response to our order, appellant filed in both causes a motion for extension of time to file appellant's brief, requesting an additional forty-five days to file the brief. The motion is GRANTED. Appellant's brief is due no later than February 25, 2019. **Further requests for extension of time will be disfavored.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court